TREMONT COAL COMPANY, INC., Appellant, *v.* IDA PERCHIK, Respondent, Impleaded with Another.

(Argued February 11, 1930; decided March 18, 1930.)

*Saul Pulver* and *Jonas J. Shapiro* for appellant.
*Jacob M. Leibner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.